United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

SCOTT JOHNSON,

    Plaintiff,

v.

SIZZLING LUNCH CORPORATION,

    Defendant.

Case No. 21-cv-01967-BLF

**ORDER TO SHOW CAUSE**

The Court has twice requested a dismissal or status update in this case following Plaintiff's notice of settlement. ECF Nos. 17, 18. No status update has been filed in response to either order. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing and **no later than December 10, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 29, 2021

_____
BETH LABSON FREEMAN
United States District Judge